IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JACOB ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV00227 |
| | ) | |
| GE MONEY BANK, Successor in | ) | |
| Interest to Monogram Credit | ) | |
| Card Bank Of Georgia, | ) | |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., CAC CORP., | ) | |
| SMITH, DEBNAM, NARRON, | ) | |
| WYCHE, SAINTSING & MYERS, | ) | |
| L.L.P., JERRY T. MYERS, Esquire, | ) | |
| JOHN DOE, JANE DOE, and | ) | |
| ONE UP, | ) | |
| | ) | |
| Defendants. | ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 6, 2007, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the motions to dismiss filed by Smith, Debnam, Narron, Wyche, Saintsing & Myers, L.L.P., Jerry T. Myers, John Doe, Jane Doe, and One Up (Pleading No. 8) and GEMB (Pleading No. 13) is **GRANTED**. **IT IS**

**FURTHER ORDERED** that CAC's motion to dismiss (Pleading No. 18) is **DENIED** solely as to the claim under 15 U.S.C. § 1692g, and **GRANTED** as to all other claims.

**IT IS FURTHER ORDERED** that the Complaint against Defendant Encore Receivable Management Inc., is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(2), (4) and (5).

This the day of June 22, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge